# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SETH SCHEIBEL,**

    **Plaintiff,**

**v.**                                                                                           **Case No: 6:23-cv-567-UAM**

**MICHAEL GRILLAKIS, BONNIE GRILLAKIS, JOHN GRILLAKIS, and STRAIGHT OUTTA PHILLY, LLC,**

    **Defendants.**

## ORDER

On March 3, 2025, the Court held a status conference hearing with all the named parties in this action before Magistrate Judge Philip R. Lammens to discuss the parties' preparation and readiness for the bench trial set for March 24, 2025. (Doc. 75). In light of the Defendants' new representation of counsel, Anthony Robinson,[1] the parties agreed to file an amended Case Management Report to reopen discovery and reschedule the bench trial set for March 24, 2025. Further, as discussed in the hearing, Defendants' counsel conveyed that Defendants seek to assert a counterclaim against Plaintiff.

---

[1] Mr. Robinson filed a notice of appearance on February 25, 2025, stating that all four Defendants have retained him as counsel. (Doc. 73).

- 2 -

Accordingly, upon due consideration of the parties' statements and representations made on the record in the hearing, it is ORDERED that:

(1) On or before **March 17, 2025**, the parties may file a proposed schedule for the reopened discovery period and a new trial term date.

(2) Defendants shall file a motion for leave of Court to file a counterclaim against Plaintiff on or before **March 17, 2025**. To the extent that Plaintiff opposes Defendants' motion, Plaintiff shall then file a response within **14 days** of service of Defendants' motion pursuant to Local Rule 3.01(c).

**DONE** and **ORDERED** in Ocala, Florida on March 3, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties