UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SETH SCHEIBEL,**

    Plaintiff,

v.                                                    Case No: 6:23-cv-567-NWH

**MICHAEL GRILLAKIS, BONNIE GRILLAKIS, JOHN GRILLAKIS, and STRAIGHT OUTTA PHILLY, LLC,**

    Defendants.

## ORDER

This cause comes before the Court on the Court's May 27, 2025 Order to show cause. (Doc. 86). Previously, on May 6, 2025, the Court permitted Plaintiff's counsel to withdraw, leaving Plaintiff *pro se*. (Doc. 85). Plaintiff was then ordered to either obtain new counsel or file a written notice advising the Court of his intent to proceed *pro se* on or before May 20, 2025. (*Id*. at p. 4). Plaintiff failed to timely comply with the Court's May 6, 2025 Order. (Doc. 86 at p. 1). As a result, on May 27, 2025, the Court issued an Order to show cause, ordering Plaintiff to show cause on or before June 17, 2025, as to why this case should not be dismissed for failure to prosecute under Local Rule 3.10. (*Id*.). The Court's Order to show cause advised Plaintiff that failure to show cause would result in the dismissal of this case without further notice. (*Id*.). Plaintiff has failed to respond to the Court's May 27, 2025 Order to show cause, and the time to do so has now passed.

Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule 3.10. The Clerk is directed to close this case.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on June 18, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties